961 F.2d 1570
 Young (James), Renna (Gary), Long (Robert), Binder
(Richard), Maxwell (James), Subda (John), Turulski (Edward),
Kirby (Ronnie), Teamsters Local Union No. 326, Adams (James,
Ronald), Alexander (Robert), Alston (Jerome), Babcock
(Raymond), Bargelski (Harry, Patrick), Baxter (Fred, Jr.),
Boc (Zohn), Brooks (Philip, Philip, Jr.), Calderone (John),
Callahan (Hugh (Hugh), Callaway (Robert), Clendaniel
(George), Collins (David), Donovan (George), Ellingsworth (Robert),
 NO. 91-3302
 United States Court of Appeals,
Third Circuit.
 Apr 23, 1992
 
 Appeal From: D.Del.,
 Longobardi, J.,
 
 763 F.Supp. 64
 
 1
 AFFIRMED.